UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

___ Civ. _____ ( )

JOSEPH L. TEDESCO, PHOENIX CAPITAL
WORLDWIDE II, L.P. and PHOENIX CAPITAL
WORLDWIDE MANAGEMENT II, LLC,
                     Plaintiffs,

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

- against

JASON JOHN KONIOR, PHOENIX CAPITAL
WORLDWIDE, LP and PHOENIX CAPITAL
WORLDWIDE MANAGEMENT, LLC,

                     Defendants.
------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

        Upon the declaration of Joseph Tedesco and the exhibits appended thereto, together with the accompanying Memorandum of Law, and upon the copy of the complaint hereto annexed, it is ORDERED, that the above named defendants show cause before a motion term of this Court, at Room 12C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on June 4, 2008 at 10:30 o'clock in the forenoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining defendants Jason John Konior, Phoenix Capital Worldwide, LP and Phoenix Capital Worldwide Management, LLC, during the pendency of this action from:

        Conducting business under the trade name Phoenix Capital Worldwide;

        Rendering investment advice to the Plaintiffs' investors; and

        Operating the Phoenix Capital Worldwide II, LP website; and it is further

Security in the amount of $_____ will be posted by _____ ,

ORDERED that personal service of a copy of this order and annexed declarations upon the defendants or their counsel on or before (5PM TODAY), ~~6 o'clock in the noon,~~ , shall be deemed good and sufficient service thereof. Answering papers are due 3pm on June 3, 2008.

DATED: New York, New York
ISSUED: 2:35 pM M

*[signature]*
United States District Judge