UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

08 Civ. 5001 (PKC   )

**JOSEPH L. TEDESCO, PHOENIX CAPITAL WORLDWIDE II, L.P. and PHOENIX CAPITAL WORLDWIDE MANAGEMENT II, LLC,**
                        **Plaintiffs ,**

- against

**JASON JOHN KONIOR, PHOENIX CAPITAL WORLDWIDE, LP and PHOENIX CAPITAL WORLDWIDE MANAGEMENT, LLC,**

                        **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Affirmation of service**

Sam P. Israel hereby affirms under the penalties of perjury as follows:

1. I am counsel to the Plaintiffs in this case.
2. On May 30, 2008 at 3:44 p.m. I personally delivered a copy of the Court's order to show cause, as issued that day, together with the Plaintiffs' summons and complaint, a declaration of Joseph Tedesco submitted in support of the Plaintiffs' motion for a preliminary injunction, together with supporting exhibits and the Plaintiff's memorandum of law in support of the motion for a preliminary injunction upon defendants, care of an individual serving as receptionist at Suite 217, 20 West 20th Street, the Defendant's business address, namely Alice Palenque.


Dated: June 4, 2008
New York, NY                                        S/:_____
                                                    Sam P. Israel