## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JOSEPH L. TEDESCO, et al.,                   )  **Case No.: 08 CV 5001**

                              **Plaintiff(s)**      )

                             v.          )

JASON JOHN KONIOR,, et al.,             )  **ATTY:**

                                          )  Sam P. Israel, P.C

                                          )  One Liberty Plaza, 23rd Floor

                             **Defendant**     )  New York, NY 10006

### AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings   ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action I am a United States Citizen and, I am over the age of eighteen years and reside in the state of New York. That on JUNE 10, 2008 at 2:08 PM at 20 WEST 20TH STREET, SUITE 217, NEW YORK, NY 10011 deponent served the within PRELIMINARY INJUNCTION ORDER on JASON JOHN KONIOR, DEFENDANT, therein named.

**INDIVIDUAL:** By delivering a true copy of each to said personally, the person so served identified him or herself to Deponent as such.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: Blonde   Glasses: No   Age: 35   Height: 5'-11"   Weight: 175

**COMMENTS:**

**MILITARY SERVICE:** Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
Sam P. Israel, P.C
One Liberty Plaza, 23rd Floor
New York, NY 10006
(212) 201-5345

Executed on: 6-11-08

Subscribed and sworn to before me, a notary public, on this 11th day of June, 2008.

Notary Public                 My Commission Expires:

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-007974                                         Client Reference: Tedesco v Konior