UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOSEPH L. TEDESCO, PHOENIX CAPITAL
WORLDWIDE II, L.P. and PHOENIX CAPITAL
WORLDWIDE MANAGEMENT II, LLC,
                Plaintiffs,                Civ. Action No. 08 cv 5001

    -against-

JASON JOHN KONIOR, PHOENIX CAPITAL
WORLDWIDE, LP and PHOENIX CAPITAL
WORLDWIDE MANAGEMENT, LLC,
                Defendants.
_____

To: CLERK
United States District Court
Southern District of New York

**REQUEST TO ENTER DEFAULT PURSUANT TO FED. R.CIV. P. 55(a)**

      Please enter a default of defendants Jason John Konior, Phoenix Capital Worldwide, LP and Phoenix Capital Worldwide Management, LLC, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court file herein and from the attached declaration.

Dated: New York, New York
       August 19, 2008                                      SAM P. ISRAEL, P.C.

                                                                 By:S\_____
                                                                 Sam P. Israel (SPI0270)
                                                                 Attorney for Plaintiffs
                                                                 1 Liberty Plaza
                                                                 23rd Floor
                                                                 New York, N.Y. 10006
                                                                Tel: 212-201-5345
                                                                Fax: 212-201-5343

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**JOSEPH L. TEDESCO, PHOENIX CAPITAL WORLDWIDE II, L.P. and PHOENIX CAPITAL WORLDWIDE MANAGEMENT II, LLC,**

                          Plaintiffs,

– against –

**JASON JOHN KONIOR, PHOENIX CAPITAL WORLDWIDE, LP and PHOENIX CAPITAL WORLDWIDE MANAGEMENT, LLC,**

                          Defendants.

Case #: 08 cv 5001

---

## DECLARATION IN SUPPORT OF NOTATION OF DEFAULT

Sam P. Israel, pursuant to 28 U.S.C. § 1746, declares under penalties of perjury as follows:

1.  I am counsel to Plaintiffs Phoenix Capital Worldwide Management II, LLC, Phoenix Capital Worldwide II, LP and Joseph Tedesco (collectively, "**Plaintiffs**") and admitted to practice before this Court where I remain in good standing. I submit this declaration in support of the Clerk's issuance of a certificate of default by defendants Jason Konior, Phoenix Capital Worldwide Management, LLC and Phoenix Capital Worldwide, LP (collectively, "**Defendants**") pursuant to Fed. R. Civ. P. 55(a).

2.  This action was commenced by service of process on defendants on May 30, 2008.

3.  Service was achieved on Defendants that day at 3:44 p.m. by my personal delivery of the Plaintiffs' summons and complaint upon defendants, care of an individual serving as receptionist at 20 West 20th Street, N.Y. 10011. the Defendant's business address. (Exh. 1.)

4.  Additional service of the summons and complaint was made that same day upon the Defendants' then counsel, Michael Utilla, Esq. at 26 Court Street Suite 2810, Brooklyn NY 11241.

5.  The Court's preliminary injunction order was served personally upon the

Defendant Jason John Konior at the Defendants' offices, 20 West 20th Street, on June 10, 2008. (Exh. 2.)

6. The Court has subject matter jurisdiction over this action in accordance with 28 U.S.C. §§1331, in that the Plaintiffs assert a claim under Section 43 of the Lanham Act, 15 U.S.C. § 1125(a) and seek a declaratory judgment under 28 U.S.C.S. § 2201 and pursuant to the doctrine of supplemental jurisdiction under 28 U.S.C. §1367.

7. Venue is proper in this district pursuant to 28 U.S.C.A. § 1391(a) and (c) because a substantial part of the events or omissions giving rise to the underlying claims occurred in this District and because the Court has jurisdiction over the Defendants in this State.

8. The time within which Defendants may have answered or otherwise moved with respect to the complaint herein has expired; said defendants have not answered or otherwise moved with respect to the Complaint and the time for the Defendants to do so has not been extended.

9. Defendants are not infants or incompetents. Two of the defendants are corporate entities. The individual defendant, Jason John Konior is not in the military service of the Untied States.

10. By reason of the foregoing, I respectfully request that the Court enter a notation of default by the Defendants, a form of certificate being attached hereto as Exhibit 3.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      August 18, 2008      S\:_____
                                        Sam P. Israel (SPI0270)

**Sam P. Israel**, **P.C.**
**Attorney for Plaintiffs**
**1 Liberty Plaza**
**Twenty Third Floor**
**New York, NY 10006**
**Tel: 212-201-5345**
**Fax: 212-201-5343**

To:

2

1.     Jason John Konior, 30 Alice Court, Bethpage, N.Y. 11714.

2.     Jason John Konior, Phoenix Capital Worldwide Management, LLC and Phoenix Capital Worldwide, LP, 20 West 20th Street, Suite 217 New York, N.Y. 10011.

**EXHIBIT 1**

**EXHIBIT 1**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

08 Civ. 5001 (PKC   )

**JOSEPH L. TEDESCO, PHOENIX CAPITAL WORLDWIDE II, L.P. and PHOENIX CAPITAL WORLDWIDE MANAGEMENT II, LLC,**
　　　　　　　　　**Plaintiffs ,**

- against

**JASON JOHN KONIOR, PHOENIX CAPITAL WORLDWIDE, LP and PHOENIX CAPITAL WORLDWIDE MANAGEMENT, LLC,**

　　　　　　　　　**Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Affirmation of service**

Sam P. Israel hereby affirms under the penalties of perjury as follows:

1. I am counsel to the Plaintiffs in this case.
2. On May 30, 2008 at 3:44 p.m. I personally delivered a copy of the Court's order to show cause, as issued that day, together with the Plaintiffs' summons and complaint, a declaration of Joseph Tedesco submitted in support of the Plaintiffs' motion for a preliminary injunction, together with supporting exhibits and the Plaintiff's memorandum of law in support of the motion for a preliminary injunction upon defendants, care of an individual serving as receptionist at Suite 217, 20 West 20th Street, the Defendant's business address, namely Alice Palenque.


Dated: June 4, 2008
New York, NY　　　　　　　　　　　　　　　　　　　　S/:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sam P. Israel

**EXHIBIT 2**

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH L. TEDESCO, et al., | ) Case No.: 08 CV 5001 |
| | ) |
| Plaintiff(s) | ) |
| v. | ) |
| JASON JOHN KONIOR, et al., | ) **ATTY:** |
| | ) Sam P. Israel, P.C |
| | ) One Liberty Plaza, 23rd Floor |
| | ) New York, NY 10006 |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Kings    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action I am a United States Citizen and, I am over the age of eighteen years and reside in the state of New York. That on JUNE 10, 2008 at 2:08 PM at 20 WEST 20TH STREET, SUITE 217, NEW YORK, NY 10011 deponent served the within PRELIMINARY INJUNCTION ORDER on JASON JOHN KONIOR, DEFENDANT, therein named.

INDIVIDUAL: By delivering a true copy of each to said personally, the person so served identified him or herself to Deponent as such.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Blonde    Glasses: No    Age: 35    Height: 5'-11"    Weight: 175

COMMENTS:

MILITARY SERVICE: Person spoken to was asked whether the recipient was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
Sam P. Israel, P.C
One Liberty Plaza, 23rd Floor
New York, NY 10006
(212) 201-5345

Executed on: 6-11-08

Subscribed and sworn to before me, a notary public, on this 11th day of June, 2008.

_____ My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2011

ID: 08-007974

Client Reference: Tedesco v Konior

**EXHIBIT 3**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOSEPH L. TEDESCO, PHOENIX CAPITAL WORLDWIDE II, L.P. and PHOENIX CAPITAL WORLDWIDE MANAGEMENT II, LLC,**<br><br>                                    Plaintiffs,<br>          – against –<br><br>**JASON JOHN KONIOR, PHOENIX CAPITAL WORLDWIDE, LP and PHOENIX CAPITAL WORLDWIDE MANAGEMENT, LLC,**<br><br>                                    Defendants. | **CLERK'S CERTIFICATE**<br><br><br><br>Case #: 08 cv 5001 |

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 30, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by personal service upon an individual serving as receptionist at 20 West 20th Street, N.Y. 10011, the Defendant's business address and proof of such service thereof was filed on June 4, 2008.

I further certify that the docket entries indicate that none of the defendants have filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York

                                                                    J. MICHAEL MCMAHON
                                                                    Clerk of the Court

                                                                    By: _____
                                                                    Deputy Clerk

Case 1:08-cv-05001-PKC    Document 8    Filed 08/20/2008    Page 11 of 12

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

**JOSEPH L. TEDESCO, PHOENIX CAPITAL WORLDWIDE II, L.P. and PHOENIX CAPITAL WORLDWIDE MANAGEMENT II, LLC,**
          **Plaintiffs ,**

08 Civ. 5001 (PKC   )

- against

**JASON JOHN KONIOR, PHOENIX CAPITAL WORLDWIDE, LP and PHOENIX CAPITAL WORLDWIDE MANAGEMENT, LLC,**

          **Defendants.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Affirmation of service**

Sam P. Israel hereby affirms under the penalties of perjury as follows:

1. I am counsel to the Plaintiffs in this case.
2. On August 19, 2008, I served by first class mail a copy of the attached affirmation in support of the clerk's entry of default upon defendants as follows:

      Jason John Konior, 30 Alice Court, Bethpage, N.Y. 11714 and;

      Jason John Konior, Phoenix Capital Worldwide Management, LLC and Phoenix Capital Worldwide, LP, 20 West 20th Street, Suite 217 New York, N.Y. 10011.

Dated: August 19, 2008
New York, NY
                                                                                   s\_____
                                                                                  Sam P. Israel (SPI0270)