AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 08-CV-5001 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jason John Konior

I certify that I am admitted to practice in this court.

| 8/29/2008 | |
|---|---|
| Date | Signature |
| | Michael Utilla, Esq.   NY2740439 |
| | Print Name   Bar Number |
| | 26 Court Street, Suite 2810 |
| | Address |
| | Brooklyn   NY   11242 |
| | City   State   Zip Code |
| | (718) 852-8400   (718) 629-1359 |
| | Phone Number   Fax Number |