AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

## APPEARANCE

Case Number: 08-CV-5001 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Phoenix Capital Worldwide, L.P. and Phoenix Capital Worldwide Management, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/3/2008 | _[signature]_ |
| Date | Signature |
| | Michael Utilla, Esq.  —  NY2740439 |
| | Print Name  —  Bar Number |
| | 26 Court Street, Suite 2810 |
| | Address |
| | Brooklyn  —  NY  —  11242 |
| | City  —  State  —  Zip Code |
| | (718) 852-8400  —  (718) 629-1359 |
| | Phone Number  —  Fax Number |