UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JOSEPH TEDESCO, PHOENIX CAPITAL
WORLDWIDE II, L.P., AND PHOENIX                      08 CV 5001 (PKC)
CAPITAL WORLDWIDE MANAGEMENT II, LLC,

            Plaintiff,                                **RULE 7.1 STATEMENT**

     -against-

JASON JOHN KONIOR, PHOENIX
CAPITAL WORLDWIDE, LP AND
PHOENIX CAPITAL WORLDWIDE
MANAGEMENT, LLC,

            Defendants.
-------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
Magistrate Judges of the Court to evaluate possible disqualification or recusal, the
undersigned counsel for Defendants PHOENIX CAPITAL WORLDWIDE, LP AND
PHOENIX CAPITAL WORLDWIDE MANAGEMENT, LLC, (private non-
governmental parties), certify that the following are corporate parents, affiliates and/or
subsidiaries of said party which are publicly held:    NONE

Dated: 3 September 2008
      Brooklyn, New York

                                             Michael Utilla, Esq.
                                             26 Court Street, Suite 2810
                                             Brooklyn, New York 11242
                                             P:     (718) 852-8400
                                             F:     (718) 629-1359

                                           Lawrence R. Gelber, Esq.
                                           Of Counsel
                                           34 Plaza Street, Suite 1107
                                           Brooklyn, New York
                                           P:     (718) 638-2383
                                             F:     (718) 857-9339

1